JAMES A. BELLO, PLAINTIFF-RESPONDENT, v. COMMISSIONER OF THE DEPARTMENT OF LABOR AND INDUSTRY, AS TRUSTEE OF THE TWO PER CENT FUND, DEFENDANT-PETITIONER.

See same case below: 106 *N. J. Super.* 405.

*Mr. Arthur J. Sills* and *Mr. Stephen Skillman* for the petitioner.

*Messrs. Balk, Jacobs, Goldberger & Mandell* for the respondent.

October 14, 1969. Granted.

DEPARTMENT OF HEALTH, STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. PASSAIC VALLEY SEWERAGE COMMISSIONERS, DEFENDANT-RESPONDENT AND CITY OF NEWARK, INTERVENOR-PETITIONER.

See same case below: 105 *N. J. Super.* 565.

*Mr. Philip E. Gordon* and *Mr. Sam Weiss* for the petitioner.

*Mr. Thomas E. Durkin, Mr. Arthur J. Sills, Mr. Stephen Skillman* and *Mr. Theodore A. Schwartz* for the respondents.

October 14, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WILLIAM J. MALANG, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Claude J. Minter* for the petitioner.

*Mr. Michael R. Imbriani* and *Mr. Robert N. Golden* for the respondent.

October 14, 1969. Denied.